FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

ANTONIO LEE HENDERSON

(Enter above the full name of the plaintiff in this action)

vs.

CORRECTION CORPORATION OF
AMERICA / CORE CIVIC

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO  1:19   CV   678

JUDGE JUDGE GWIN

**COMPLAINT**

MAG. JUDGE BAUGHMAN

I.   **Previous Lawsuits**

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES ☐   NO ☑

B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit

Plaintiffs   N/A

Defendants   N/A

2.  Court (if federal court, name the district; if state court, name the county)

N/A

3.  Docket Number   N/A

4.  Name of judge to whom case was assigned   N/A

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_N/A_

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. Place of Present Confinement _LAKE ERIE CORRECTIONAL Institution_

A. Is there a prisoner grievance procedure in this institution?    YES ☑   NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☑   NO ☐

C. If your answer is YES,

1. What steps did you take? _10/10/18  I wrote an informal complaint of the incident, which escalated to an appeal._

2. What was the result? _11/1/18 (MARC BRATTON) closed my informal complaint DENying the appeal._

D. If your answer is NO, explain why not _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☑   NO ☐

F. If your answer is YES,

1. What steps did you take? _10/13/18  I wrote another informal complaint, which escalated to an appeal_

2. What was the result? _10/28/18 (KAREN Stanforth) DENied and closed my informal complaint._

**III.  Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any).

A.  Name of the Plaintiff ANTONIO LEE HENDERSON

Address 501 Thompson RD Conneaut, Ohio 44030

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Use item C for the names, positions and places of employment of any additional defendants).

B.  Defendant MR BEELER is employed as

A YARD GAURD /C/O at Lake Erie Correctional Institute.

C.  Additional Defendants Gary Carter , P Sackett

**IV.  Statement of Claim**

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph.  Use as much space as you need.  (Attach extra sheet(s) if necessary).

10-9-18 11:30pm GAURD DOG MR BEELER came to my RACK AT C-78 AND instructed me to get off my RACK so I DID AND ONCE I DID HE began to trash my RACK AREA , which I HAD NO issue with until he OPENED my locker box which contained my legal documentations which he began to place into the trash AFTER I ADVISED him of the legal documentation he filled up a trash bag with which was witnessed by majority of the INMATES that RESIDE

(continued)

(Statement of Claim Continued)

on the same street as I did. Then he got mad cause I told him to put my legal mail back, he then took my bag of medication and trashed it as well intentionally inflicting emotional distress upon me. I then filled out a theft report as well as a Informal complaint 10/10/18 REF# LAECI1018000146 To the shift captain 10/18/18 (GARY CARTER) wrote that my medication was confiscated because it was over a year old, which is a lie due to the fact that I have not been in prison a year at this time which was a attempt to deprive me further by covering up for the constitutional violation by failing to correct the misconduct encouraging the continuation of the misconduct violation of the 8th amendment as well as the 14th amendment causing even more pain, suffering, and emotional distress. 10/18/18 (P. SACKETT) Closed inmate form - Disposition denied stating that the issue was addressed in grievance #LAECI1018000195 creating Negligence as well as Intentional Infliction of Emotional Distress failing to correct the misconduct and encouraging the continuation of the misconduct violating my rights under the 8th, 14th amendment and the 5th amendment Due Process.

**V.    Relief**

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes).

Granting Plaintiff Henderson a declaration that the acts and omissions described herein violate my rights under the constitution and laws of the United States and a preliminary and permanent injunction ordering defendants BEELER, P. Sackett, & Gary Carter cease thier continuation of misconduct violating the United States Constitution and Granting Plaintiff Henderson compensatory damages in the amount $100,000 against each defendant, jointly and severally, Plaintiff also seek recovery of cost in this suit and any additional relief this court deems just, proper, and equitable.

Signed this ____23____ day of ___JANUARY___ , 19 2019

I declare under penalty of perjury that the foregoing is true and correct.

_____1-23-19_____
(Date)

_Antonio Henderson_
(Signature of Plaintiff)

Antonio Henderson
501 Thompson Rd.
Conneaut, Ohio 44030



US POSTAGE
$ 00.45

Mailed From 44030
03/25/2019
032A 0061846619



Barn Swallow

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B Stokes United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113